UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20780-CR-COOKE

UNITED STATES OF AMERICA,

v.

MANUEL FERNANDEZ,
                Defendant.
_____/

## GOVERNMENT'S OBJECTION TO PRESENTENCE INVESTIGATION

The United States submits this limited objection to paragraph 99 of the Presentence Investigation Report.

Paragraph 99 indicates that the defendant is jointly and severally liable along with Rolando Suarez and Patricia Suarez for restitution owed to Honeywell. The government believes that the Honeywell manuals which the government proved at trial the defendant improperly directed to AVCOM do not completely overlap with the Honeywell manuals which are the subject of the restitution imposed against Rolando Suarez and Patricia Suarez. Accordingly, the government believes that restitution should not be entirely joint and several. The government will need to follow up with Honeywell to solidify this issue, and will advise the Probation Office and the defense accordingly.

                                      Respectfully submitted,

                                      ARIANA FAJARDO ORSHAN
                                      UNITED STATES ATTORNEY

                                      /s/ Michael S. Davis
                                      MICHAEL S. DAVIS
                                      ASSISTANT UNITED STATES ATTORNEY

FL BAR # 972274
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9027 (phone); (305) 536-4675 (fax)
E-mail: mdavis@usa.doj.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a copy of this document with the Clerk using CM/ECF.

/s/ Michael S. Davis
MICHAEL S. DAVIS
ASSISTANT UNITED STATES ATTORNEY